No. 547. NATIONAL LABOR RELATIONS BOARD v. FOOTE BROTHERS GEAR & MACHINE CORP.; and

No. 548. SAME v. INDEPENDENT UNION OF GEAR WORKERS. See ante, p. 620.

No. 521. PITTSBURGH PLATE GLASS Co. v. NATIONAL LABOR RELATIONS BOARD; and

No. 523. CRYSTAL CITY GLASS WORKERS' UNION v. SAME. December 9, 1940. Petitions for writs of certiorari to the Circuit Court of Appeals for the Eighth Circuit granted. Messrs. J. W. McAfee, Leland Hazard, and Joseph T. Owens for petitioner in No. 521. Mr. Henry H. Oberschelp for petitioner in No. 523. Solicitor General Biddle and Mr. Robert B. Watts for respondent. Reported below: 113 F. 2d 698.

No. 535. UNITED STATES v. CHICAGO, MILWAUKEE, ST. PAUL & PACIFIC RAILROAD Co. ET AL. .December 9, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit granted. Solicitor General Biddle for the United States. Messrs. F. W. Root, A. C. Erdall, A. N. Whitlock, and C. S. Jefferson for respondents.

